March 10, 1971

No. 71–13   Gerald D. McLemore, PVT, U. S. Army v United States.

ORDERED:
That said "Motions" be, and the same hereby are, dismissed.

March 4, 1971

No. 71–5   Stephen D. Crider, LCPL, U. S. Marine Corps v G. F. O'Malley, Charles Timblin, J. Fielding Jones, All Judges of Panel 2, U. S. Navy Court of Military Review.

ORDERED:
That said Petition be, and the same is, hereby denied without prejudice to the right of petitioner to assign the issue herein raised in a Petition for Grant of Review submitted to this Court, in due course, should the same be considered necessary or appropriate.

(J. DARDEN would dismiss the Petition because of his views that action on it would not be necessary or appropriate in aid of this Court's jurisdiction under Article 67 of the Uniform Code of Military Justice, 10 USC § 867.)